(Reap. Dec. 11114)

A/C THE LEGNANO ELECTRIC CORP., S. JACKSON & SON, McCANDLESS, INC. v. UNITED STATES

Entry Nos. 934; 3412; 14796.

(Decided December 15, 1965)

*Tompkins & Tompkins* for the plaintiff.
*John W. Douglas*, Assistant Attorney General, for the defendant.

FORD, Judge: The appeals for reappraisement listed in schedule "A," annexed to this decision and made a part hereof, have been submitted for decision upon the following stipulation:

It is hereby stipulated and agreed by and between counsel for the Plaintiff and the Assistant Attorney General for the United States, Defendant, subject to the approval of the court, that the items on the invoices covered by the above reappraisement appeals that are marked with an "A" and the initials L.C.L., Examiner L. C. Laguillon, consist of transformers and related parts imported from Italy, not specified on the Final List, T.D. 54521.

That at the time of exportation such and similar merchandise was not freely sold, nor offered for sale in Italy for exportation to the United States, nor was it freely sold nor offered for sale in the United States for domestic consumption.

That the cost of materials and of fabrication and other processes of the kind employed in producing such or similar merchandise at a time that would ordinarily permit the production of said merchandise in the ordinary course of business, plus an amount for general expenses and profit equal to that usually reflected in sales of merchandise of the same general class by producers in Italy in the usual wholesale quantities and in the ordinary course of trade for shipment to the United States, plus the cost of containers, packing, and all other expenses incidental to placing the merchandise packed for shipment to the United States, were the appraised values as noted below, less the costs shown below for "Bond Costs" and "Fees To Legnano Electric Corp":

| Reappraisement appeal No. | Appraised values lira | Bond costs | Fees to Legnano Electric Corp. |
|---|---|---|---|
| R64/6584–5718 | 36, 346, 479. 00 | $1, 983. 35 | $2, 886. 43 |
| R64/6585–5719 | 27, 719, 905. 00 | $1, 240. 00 | $2, 105. 00 |
| R64/6586–5720 | 72, 692, 957. 00 | $3, 781. 65 | $5, 503. 57 |

The above reappraisement appeals are submitted for decision upon this stipulation.

Accepting this stipulation as a statement of facts, I find and hold that the involved merchandise was entered or withdrawn from warehouse for consumption on or after February 27, 1958; that the involved merchandise does not appear on the final list of articles published by the Secretary of the Treasury (T.D. 54521), effective February 27, 1958; and that constructed value, as that value is defined in section 402(d) of the Tariff Act of 1930, as amended by the Customs Simplification Act of 1956, 91 Treas. Dec. 295, T.D. 54165, is the proper basis for the determination of the value of the items of merchandise marked "A" and initialed by the customs examiner on the invoices, and I find and hold that such statutory value is the appraised value as noted below, less the costs shown below for bond and fees to Legnano Electric Corp.:

| Reappraisement appeal No. | Appraised values lira | Bond costs | Fees to Legnano Electric Corp. |
|---|---|---|---|
| R64/6584–5718 | 36, 346, 479. 00 | $1, 983. 35 | $2, 886. 43 |
| R64/6585–5719 | 27, 719, 905. 00 | $1, 240. 00 | $2, 105. 00 |
| R64/6586–5720 | 72, 692, 957. 00 | $3, 781. 65 | $5, 503. 57 |

Judgment will be entered accordingly.